AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Daunte Beck-Moon,<br><br>_____<br>Defendant(s) | )<br>)<br>)   Case No. 20-6366-SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 28, 2020_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason S. Carter, Task Force Officer, FBI
Printed name and title

Sworn to and subscribed before me telephonically this  18th  day of August, 2020.

_____
Judge's signature

City and state:   _____Fort Lauderdale, Florida_____   Lurana S. Snow, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason S. Carter, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am currently a TFO with the FBI. I have been a sworn law enforcement officer with Coral Springs Police Department since 2011. I am currently assigned to the FBI Miami Child Exploitation Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. I make this Affidavit in order to establish probable cause to believe that on or about June 28, 2020, in the Southern District of Florida, **Daunte Beck-Moon** (hereinafter "BECK-MOON") did employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually

explicit conduct for the purpose of producing any visual depiction of such conduct, using materials, that is, a camera, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

4.  The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5.  On or about June 30, 2020, at approximately 6:30 p.m., the Coral Springs Police Department ("CSPD") was contacted by Rachel Anne Wilson (hereinafter referred to as "Wilson"). Wilson wanted to report an unrelated crime committed by BECK-MOON. During the course of an interview with CSPD detectives, Wilson advised that separate and apart from the unrelated crime she was reporting, she had received a video ("the Video") from BECK-MOON on or about June 28, 2020, which showed him molesting a two-year-old infant (hereafter referred to as "Minor Victim").

6.  Wilson advised that she received the Video on June 28, 2020, via WhatsApp Messenger (hereinafter "WhatsApp"),[1] through the telephone number she recognized as belonging

---

[1] WhatsApp is an American freeware, cross-platform messaging and Voice over IP (VoIP) service owned by Facebook, Inc. It allows users to send text messages, make voice and video calls, and share images, documents, user locations, and other media. WhatsApp's client application runs on mobile devices but is also accessible from desktop computers, as long as the user's mobile device

2

to BECK-MOON. Law enforcement confirmed that the number used in the WhatsApp messenger that sent the Video to Wilson, is registered to BECK-MOON.

7. Wilson voluntarily provided a copy of the Video to law enforcement. The Video depicts an adult black male recording himself on a cellular telephone while performing oral sex on an infant. The Video is approximately 10 seconds long and Wilson positively identified the male in the video as BECK-MOON.

8. Law enforcement officers also spoke with Tahlia Butler ("Butler"), with whom BECK-MOON shares a child with, regarding the Video. Butler positively identified BECK-MOON in the Video, and advised she recognized the clothing BECK-MOON was wearing, the décor of the room, and the bedsheets. It should also be noted that the Video clearly depicts BECK-MOON's face and body.

9. Law enforcement obtained a copy of BECK-MOON's Florida Driver's license photograph. The individual in the Video appears to be consistent with the individual depicted as BECK-MOON in the Florida Driver's License database.

10. Law enforcement conducted a subsequent search of BECK-MOON's residence and was able to confirm that BECK-MOON's residence is consistent with the room identified in the Video. When law enforcement made contact with BECK-MOON, they discovered that BECK-MOON performed a factory reset on his cellular telephone, which is a Samsung Galaxy.

11. BECK-MOON created the Video on a Samsung Galaxy cellular telephone, model A205U, IME #355198110198226, which was manufactured outside of the state of Florida.

---

remains connected to the Internet while they use the desktop app. The service requires users to provide a standard cellular mobile number for registering with the service.

## CONCLUSION

12. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that DAUNTE BECK-MOON did commit a violation of Title 18, United States Code, Section 2251(a) and (e).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Jason S. Carter, Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically this 18th day of August, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4